UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Thompson,
    Petitioner

v.                             Case No.   1:13-cv-429

Warden, Warren Correctional
Institution,
    Respondent

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 4, 2014 (Doc. 14).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.   Petitioner's petition for writ of habeas corpus is **DISMISSED** with prejudice.

    A certificate of appealability will not issue with respect to petitioner's claims for relief, which this Court has concluded is barred by the statute of limitations because under the first prong of the applicable two-part standard enunciated in *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000), "jurists of reason would not find it debatable as to whether this Court is correct in its procedural rulings."

This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore DENIES petitioner leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

Date: June 30, 2014
s/Sandra S. Beckwith
Sandra S. Beckwith, Senior Judge
United States District Court